**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: MOVEit Customer Data Security Breach Litigation** | **MDL Docket No. 3083** |

**PROOF OF SERVICE**

I, Alexander Southwell, in compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, hereby certify that the foregoing Notice of Potential Tag-Along Actions was served on all parties in the following cases electronically via ECF, or as indicated below, on October 16, 2023:

**Plaintiff David Schultz (via e-mail):**
David S. Almeida
ALMEIDA LAW FIRM
849 W. Webster Avenue
Chicago, IL 60614
Phone: (312) 576-3024
Email: david@almeidalawgroup.com

William B. Federman
FEDERMAN, SHERWOOD LAW FIRM
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Phone: (405) 235-1560
Email: wbf@federmanlaw.com

Andrew R. Tate
PEIFFER, WOLF LAW FIRM
235 Peachtree Street NE
Suite 400
Atlanta, GA 30303
Phone: (405) 235-1560
Fax: (504) 608-1465
Email: atate@peifferwolf.com

Brandon M. Wise
PEIFFER, WOLF LAW FIRM
One US Bank Plaza
Suite 1950
St. Louis, MO 63101
Phone: (318) 833-4827
Email: bwise@peifferwolf.com

**Plaintiff Keren Jeanfort (via e-mail):**
David S. Almeida
Elena A. Belov
ALMEIDA LAW FIRM
849 W. Webster Avenue
Chicago, IL 60614
Phone: (312) 576-3024
Phone: (917) 716-7132
Email: david@almeidalawgroup.com
Email: elena@almeidalawgroup.com

Eric D. Barton
Tyler W. Hudson
WAGSTAFF, CARTMELL LAW FIRM
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
Phone: (816) 701-1100
Fax: (816) 531-2372
Email: ebarton@wcllp.com
Email: thudson@wcllp.com

**Plaintiff Francis Grande (via e-mail):**
Gary M. Klinger
MILBERG, COLEMAN LAW FIRM
227 West Monroe Street
Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
Email: gklinger@milberg.com

**United States District Court for the District of Nebraska (via USPS):**
Clerk of the Court
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102


Dated this 16th day of October 2023.

                                                              Respectfully submitted,

                                   By: */s/ Alexander H. Southwell*
                                       Alexander H. Southwell
                                       NY Bar No. 2923415
                                       Salah Hawkins
                                       NY Bar No. 5485487
                                       GIBSON, DUNN & CRUTCHER LLP

200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
*asouthwell@gibsondunn.com*
*shawkins@gibsondunn.com*

*Attorneys for Defendants TD Ameritrade, Inc. and The Charles Schwab Corporation*

3